1020

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY KENNETH STEPHENS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 01-1-00098-8, Evan E. Sperline, J., entered April 23, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Schultheis, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES URLACHER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02567-1, Stephanie A. Arend, J., entered February 18, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE E. HANCOCK, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-01547-7, Leonard W. Costello, J., entered June 19, 2000. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Morgan, J.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JACK ROGERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-03952-5, Stephanie A. Arend, J., entered August 11, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Bridgewater, JJ.